**People of the State of Illinois, Plaintiff-Appellee, v. Thomas Dennis (Impleaded), Defendant-Appellant.**

**Gen. No. 53,468.**

First District, First Division.
September 15, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**